UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

                                                                                                            20-CR-306 (NGG)

    - against -

CHRISTOPHER CHIERCHIO, *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Special Attorney Olga I. Zverovich, acting under authority conferred by 28 U.S.C. § 515, from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

           Olga I. Zverovich
           Assistant U.S. Attorney
           United States Attorney's Office
           Southern District of New York
           1 St. Andrew's Plaza
           New York, New York 10007
           Tel: (212) 637-2514
           Email: olga.zverovich@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Special Attorney Olga I. Zverovich at the email address set forth above.

Dated: New York, New York
July 28, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by: _____
Olga I. Zverovich
Special Attorney Acting Under Authority
Conferred by 28 U.S.C. § 515
(212) 637-2514