

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2022

**BY ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Jason Kurland,*
      **S1 20 Cr. 306 (NGG)**

Dear Judge Garaufis:

The Government respectfully writes to revise the Government's witness list, which was previously provided on June 30, 2022, (Dkt. No. 219), including to comport with the Court's ruling on the parties' motions in *limine*. The list below contains certain names that comply with the anonymity procedures agreed to by the parties and adopted by the Court.[1]

- Robert Amenta
- Scott Blyer
- Fred Esposito
- Evan Krinick
- Victoria Hernandez
- Nandlall (Ricky) Mangal
- Geoff Mearns
- Sherrida Motiram
- Christopher Petrellese
- Frangesco ("Frankie") Russo
- Beth Smith
- Steve Smith
- Francis ("Frank") Smookler
- David Wilk
- Alex Wilson

---

[1] The Government reserves the right to amend as reasonably necessary.

Case 1:20-cr-00306-NGG   Document 227   Filed 07/10/22   Page 2 of 2 PageID #: 2242

Page 2

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     \_/s/_____
Olga I. Zverovich
Danielle M. Kudla
Louis A. Pellegrino
Special Attorney Acting Under Authority
Conferred by 28 U.S.C. § 515

Brian D. Morris
Assistant United States Attorney
Eastern District of New York